UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20133-CR-MOORE/LOUIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BREDI PUDIL,

    Defendant.
_____/

**UNOPPOSED MOTION TO CONTINUE TRIAL**

COMES NOW, the Defendant, **Bredi Pudil**, through undersigned counsel, and files this unopposed motion to continue trial and respectfully requests this Court enter an Order continuing the trial and accompanying pre-trial deadlines for 45 days from the current trial date. In support, it is stated as follows:

1. Mr. Pudil is charged, via Indictment, with conspiracy possession with intent to distribute more than 1,000 kilograms of marijuana while on board a vessel subject to the jurisdiction of the United States and possession with intent to distribute more than 1,000 kilograms of marijuana while on board a vessel subject to the jurisdiction of the United States. (DE 9).

2. Calendar call is on May 3, 2023 and a two-week trial period begins on May 8, 2023. (DE 14, 22).

3. On Wednesday, April 12, 2023, Mr. Pudil was arraigned on the

4. Indictment. (DE 19). Mr. Pudil stipulated to pre-trial detention. (DE 19).

4. On Thursday, April 13, 2023, counsel was assigned to Mr. Pudil's case. (DE 20). On Monday, April 17, 2023, counsel entered a notice of appearance. (DE 21).

5. Mr. Pudil speaks one language—Miskito—which is an indigenous language of Nicaragua.

6. On Tuesday, April 25, 2023, after securing a Miskito interpreter, counsel visited Mr. Pudil for the first time.

7. Counsel's next scheduled visit with Mr. Pudil is Tuesday, May 2nd. The Miskito interpreter was out of the district, in California, from Thursday, April 27th through Monday, May 1st.

8. Counsel will be out of the country for pre-planned travel from Thursday, May 11, 2023 through Monday, May 22, 2023.

9. Pursuant to 18 USC § 3161(h)(7)(B)(iv), counsel requests a 45-day continuance to allow sufficient time for counsel to schedule meetings with Mr. Pudil and the Miskito interpreter, so that counsel can meaningfully and effectively review the discovery and the case with Mr. Pudil, as well as conduct any necessary investigation.

10. A continuance of 45 days will also account for counsel's pre-planned travel, when counsel will be unable to meet with Mr. Pudil and allow a reasonable time for counsel to discuss the case with the government to hopefully reach a resolution.

11. Counsel conferred with Assistant United States Attorney Yvonne Rodriguez Schack, who advised that she does not oppose this motion.

12. Pursuant to 18 U.S.C. § 3161(c)(2), Mr. Pudil waives his right to a speedy trial from the date of this continuance request through the date the Court sets his case for trial.

WHEREFORE, the Defendant, Bredi Pudil, respectfully requests this Court grant the unopposed motion and enter an Order continuing Mr. Pudil's trial and accompanying pre-trial deadlines to a date 45 days from the present trial date of May 8, 2023.

>Respectfully submitted,
>MICHAEL CARUSO
>FEDERAL PUBLIC DEFENDER
>By: /s/ Ashley Kay
>Ashley Kay
>Florida Bar No. 78991
>Assistant Federal Public Defender
>150 W. Flagler Street, Suite 1700
>Miami, Florida 33130-1556
>Tel: (305) 530-7000
>Fax: (305) 536-4559
>E-mail: ashley_kay@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on May 1, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Ashley Kay